IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM, et al. | : : : : : : : : |
| v. | CIVIL ACTION NO. 02-CV-3778 |
| ADELPHIA COMMUNICATIONS CORPORATION, et al. | |

**ENTRY OF APPEARANCE**

TO THE CLERK OF COURT:

      Kindly enter our appearance in the above-captioned action on behalf of defendant, Deloitte & Touche LLP.

                                       _____
                                       Alan J. Davis
William A. Slaughter
Joel E. Tasca
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
1735 Market Street, 51st Floor
Philadelphia, PA  19103
(215) 864-8230/8114/8188
(215) 864-8999 (fax)

Date:  July 17, 2002

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2002, I caused a true and correct copy of the foregoing Entry of Appearance to be served by First Class Mail upon:

Scott R. Shepherd, Esquire
SHEPHERD & FINKELMAN LLC
117 Gayley Street, Suite 200
Media, PA 19063

_____
Joel E. Tasca