IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| ADELPHIA COMMUNICATIONS CORPORATION, et al. | : : | No. 02-3778 |

### O R D E R

AND NOW, this _____ day of October, 2002, IT IS HEREBY ORDERED AND DECREED that Defendant Credit Suisse First Boston Corporation's Motion for Admission Pro Hac Vice of Andrew B. Weissman, Esq. (Docket No. 22) is hereby **DENIED with leave to renew**.[1]

BY THE COURT:

_____
HERBERT J. HUTTON, J.

---

[1]   This case has been placed in Civil Suspense.